IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE EVANS-SAMPSON,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 20-CV-0653 |
| | : |
| PENNSYLVANIA DEPT OF<br>HUMAN SERVICES, *et al.*,<br>    Defendants. | :<br>:<br>: |

## ORDER

AND NOW, this 10th day of March 2020, upon consideration of *pro se* Plaintiff Leslie Evans-Sampson's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum. Ms. Evans-Sampson's federal claims are **DISMISSED WITH PREJUDICE**. Ms. Evans-Sampson's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. Ms. Evans-Sampson may file an amended complaint within thirty (30) days of the date of this Order in the event she can state a basis for the Court's jurisdiction over her state law claims. Any amended complaint must clearly state the basis for the Court's jurisdiction. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Ms. Evans-Sampson should be mindful of the Court's reasons for dismissing the

1

claims in her initial Complaint as explained in the Court's Memorandum. Alternatively, Ms. Evans-Sampson may seek to file her claims in the appropriate state court, where federal jurisdiction will not be an issue, rather than returning to this Court with an amended complaint. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Ms. Evans-Sampson a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Ms. Evans-Sampson may use this form to file her amended complaint if she chooses to do so.

6. The Notice of Motion, Response Deadline and Hearing Date (ECF No. 11) is **STRICKEN**.

7. If Ms. Evans-Sampson fails to file an amended complaint in accordance with this Order, her case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
**GENE E.K. PRATTER, J.**
**UNITED STATES DISTRICT JUDGE**